**STATE of Missouri, Respondent,**

**v.**

**Juan C. URBANO, Appellant.**

**No. ED 100509.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 9, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 21, 2014.

Application for Transfer Denied Dec. 23, 2014.

Gilbert C. Sison, St. Louis, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, for respondent.

Before: KURT S. ODENWALD, P.J., ROBERT G. DOWD, JR., J., and GARY M. GAERTNER, JR., J.

## ORDER

PER CURIAM.

Juan Urbano appeals his conviction and sentence after a jury found him guilty of one count of statutory rape in the first degree. We have reviewed the briefs of the parties and the record on appeal. An extended opinion would serve no jurisprudential purpose. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this order.

The judgment of the trial court is affirmed. Mo. R.Crim. P. 30.25(b) (2014).